# IN THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **FEDERAL BUREAU OF INVESTIGATION,** | ) |
| 950 Pennsylvania Ave. NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE**, | ) |
| 950 Pennsylvania Ave. NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1. Plaintiff, JASON LEOPOLD, brings this Freedom of Information Act suit to force Defendants FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE to produce documents about any Presidential records—including classified records—that were removed from the White House to Mar-a-Lago or flushed down White House toilets, potentially in violation of federal law. *See, e.g.,* Matthew Brown, USA Today, *Trump White House staff found papers blocking a toilet, staff* (Feb. 10, 2022)[1]; Jonathan Franklin, NPR, *15 boxes of White House records have been recovered at Trump's Mar-a-Lago resort* (February 7, 2022).

2. In violation of FOIA, FBI claimed that it can neither confirm nor deny that the responsive records exist pursuant to the law enforcement exemption of FOIA even though the Attorney General Merrick Garland publicly acknowledged the allegation.

---

[1] https://www.usatoday.com/story/news/politics/2022/02/10/trump-papers-toilet-haberman-book/6735023001/

## PARTIES

3. Plaintiff, JASON LEOPOLD is an investigative journalist and made the FOIA request at issue in this case.

4. Defendant, FEDERAL BUREAU OF INVESTIGATION ("FBI") is a component of U.S. DEPARTMENT OF JUSTICE, a federal agency within the meaning of 5 U.S.C. §552(f), and subject to FOIA.

5. Defendant, U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency within the meaning of 5 U.S.C. § 552(f) and is subject to FOIA.

## JURISDICTION AND VENUE

6. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

7. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## FEBRUARY 15, 2022 FOIA REQUEST

8. On February 15, 2022, LEOPOLD submitted a FOIA request to FBI for the following records:

> [1] All records, such as emails, memos, letters, text messages, reports, mentioning or referring to Presidential Records removed from the Trump White House that were stored at Mar-a-Lago. For this part of the request please search the offices of the Director, Deputy Director, National Security Branch, Intelligence Branch, Criminal, Cyber, Response, and Services Branch and Counterintelligence and Foreign Counterintelligence offices;
>
> [2] All records, such as emails, memos, text messages, letters, reports, personnel in the offices listed in part 1 exchanged with the National Archives, Department of Justice, CIA, Defense Intelligence Agency, NSA, DOD and the State Department mentioning or referring to boxes of Presidential Records removed from the Trump White House that were stored at Mar-a-Lago; classified information and boxes of Presidential Records from the Trump White House that were stored at Mar-a-Lago. Please search the same offices listed in part 1 for responsive records;

[3] Any and all damage assessments, specifically reports documenting damage to national security or the potential damage to national security, that resulted from the removal of presidential records from the Trump White House and the storage of those Presidential Records at Mar-a-Lago;

[4] All cross reference files from the CRS that mentions or refers to boxes of Presidential Records removed from the Trump White House that were stored at Mar-a-Lago;

[5] All 302s, FD-204, FD-192, forms mentioning or referring to the National Archives and boxes of Presidential Records removed from the Trump White House that were stored at Mar-a-Lago and classified information;

[6] All records, such as emails, letters, memos, text messages reports, mentioning or referring to Presidential Records from the Trump White House that were destroyed and Presidential Records from the Trump White House that were allegedly flushed down the toilet. Please search the same offices listed in part 1 for responsive records.

The confirmation email issued through the FBI's online FOIA portal that quotes the request is attached Ex. 1.

9.  On March 8, 2022, FBI acknowledged receipt of the request and assigned reference number 1523733-000 to the request.  Ex. 2.

10.  On March 11, 2022, FBI denied the request in its entirety.  Ex. 3.

11.  FBI stated that it "neither confirms nor denies the existence of records pursuant to FOIA Exemption (b)(7)(A) of 5 U.S.C. § 552" as "a confirmation by the FBI that it has or does not have responsive records would be tantamount to acknowledging the existence or nonexistence of a pending investigation that it has not previously acknowledged." *Id.*

12.  Further, FBI stated that it "neither confirms nor denies the existence" of records that would show "[h]ow the FBI applies its investigative resources against a particular allegation, report of criminal activity, or perceived threat" as that information is "a law enforcement technique or procedure that the FBI protects pursuant to Exemption (b)(7)(E) of 5 U.S.C. § 552." *Id.*

13. FBI alleged that "a confirmation by the FBI that it has or does not have responsive records would be tantamount to acknowledging where the FBI is or is not applying investigative resources thus disclosing the scope of law enforcement techniques and procedures." *Id.*

14. On March 11, 2022, LEOPOLD appealed the FBI's denial. Ex. 4.

15. On March 11, 2022, DOJ acknowledged receipt of LEOPOLD's appeal and assigned reference number A-2022-00932 to the matter. Ex. 5.

16. The deadline for the DOJ's appeal adjudication was April 8, 2022.

17. As of the date of this filing, DOJ has not issued its adjudication of the appeal.

18. As of the date of this filing, Defendants have not complied with FOIA and have not produced any records responsive to the request.

## COUNT I – FBI'S FOIA VIOLATION:
## FAILURE TO CONDUCT A REASONABLE SEARCH

19. The above paragraphs are incorporated herein.

20. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

21. Defendant FBI is a federal agency and subject to FOIA.

22. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

23. Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

## COUNT II – FBI'S FOIA VIOLATION
## FAILURE TO PRODUCE RECORDS

24. The above paragraphs are incorporated herein.

25. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

26. Defendant FBI is a federal agency and subject to FOIA.

27. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

28. Defendant FBI has failed to produce records responsive to the request.

**WHEREFORE**, LEOPOLD asks the Court to:

  i. declare that Defendants have violated FOIA;

  ii. order Defendants to conduct a reasonable search for records;

  iii. order Defendants to produce all non-exempt requested records or portions of records promptly;

  iv. enjoin Defendants from withholding non-exempt public records under FOIA;

  v. award Plaintiff attorneys' fees and costs; and

  vi. award such other relief the Court considers appropriate.

Dated: July 1, 2022

RESPECTFULLY SUBMITTED,

*/s/ Matthew Topic*

Attorney for Plaintiff,
JASON LEOPOLD

Matthew Topic, D.C. Bar No. IL 0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL 0058
Shelley Geiszler D.C. Bar No. IL 0087
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com