Exhibit 1

 Gmail

Jason Leopold <jasonleopold@gmail.com>

**eFOIA Request Received**
1 message

**efoia@subscriptions.fbi.gov** <efoia@subscriptions.fbi.gov>
To: jasonleopold@gmail.com

Tue, Feb 22, 2022 at 12:38 PM

## Individual Information

| | |
|---|---|
| Prefix | |
| First Name | Jason |
| Middle Name | |
| Last Name | Leopold |
| Suffix | |
| Email | jasonleopold@gmail.com |
| Phone | 2132704334 |
| Location | United States |

## Domestic Address

| | |
|---|---|
| Address Line 1 | 1669 Benedict Canyon Drive |
| Address Line 2 | |

| | |
|---|---|
| City | Beverly Hills |
| State | California |
| Postal | 90210 |

## Agreement to Pay

| | |
|---|---|
| How you will pay | I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and will enter that maximum amount in the box below. |
| Allow up to $ | 25 |

## Proof Of Affiliation for Fee Waiver

| | |
|---|---|
| Waiver Explanation | Reasonably Foreseeable Harm. The FOIA Improvement Act of 2016 amended the<br>FOIA as follows (5 USC 552(a)(8)):<br><br>(A) An agency shall<br><br>(i) withhold information under this section only if<br><br>(I) the agency reasonably foresees that disclosure would harm an interest<br>protected by an exemption described in subsection (b); or<br><br>(II) disclosure is prohibited by law; and<br><br>(ii) (I) consider whether partial disclosure of information is possible<br>whenever the agency determines that a full disclosure of a requested record<br>is not possible; and<br><br>(II) take reasonable steps necessary to segregate and release nonexempt<br>information. . . .<br><br>FBI should not fail to comply with this mandatory part of the FOIA as<br>recently amended by Congress. The Agency is required to identify what<br>reasonably foreseeable harm would flow from release of the |

```
information
withheld, nor did it consider a partial disclosure of the
information,
taking reasonable steps to segregate and release nonexempt
information.

I am the senior investigative reporter for BuzzFeed News and
formerly senior
investigative reporter and on-air correspondent for VICE News.
Additionally,
my reporting has been published in The Guardian, The Wall
Street Journal,
The Financial Times, Salon, CBS Marketwatch, The Los Angeles
Times, The
Nation, Truthout, Al Jazeera English and Al Jazeera America.

I request a complete waiver of all search and duplication
fees. If my
request for a waiver is denied, I request that I be considered
a member of
the news media for fee purposes.

Under 5 U.S.C. Â§552(a)(4)(A)(iii), â€œDocuments shall be
furnished without
any charge ... if disclosure of the information is in the
public interest
because it is likely to contribute significantly to public
understanding of
the operations or activities of the government and is not
primarily in the
commercial interest of the requester. Disclosure in this case
meets the statutory criteria, as the records sought to detail
the operations
and
activities of government. This request is also not primarily
in my
commercial request, as I am seeking the records as a
journalist to analyze
and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be
considered a
member of the news media for fee purposes. I am willing to pay
all
reasonable duplication expenses incurred in processing this
FOIA request.

I will appeal any denial of my request for a waiver
administratively and to
the courts if necessary.
```

**Documentation Files**

## Non-Individual FOIA Request

**Request Information**   This is a request for records under the Freedom of Information Act (â€œFOIAâ€ ).

5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be
considered under both statutes to maximize the release of records.

I request disclosure from the FBI the following records:

1. All records, such as emails, memos, letters, text messages, reports,
mentioning or referring to Presidential Records removed from the Trump White
House that were stored at Mar-a-Lago. For this part of the request please
search the offices of the Director, Deputy Director, National Security
Branch, Intelligence Branch, Criminal, Cyber, Response, and Services Branch
and Counterintelligence and Foreign Counterintelligence offices.

2. All records, such as emails, memos, text messages, letters, reports,
personnel in the offices listed in part 1 exchanged with the National
Archives, Department of Justice, CIA, Defense Intelligence Agency, NSA, DOD
and the State Department mentioning or referring to boxes of Presidential
Records removed from the Trump White House that were stored at Mar-a-Lago;
classified information and boxes of Presidential Records from the Trump
White House that were stored at Mar-a-Lago. Please search the same offices
listed in part 1 for responsive records.

3. Any and all damage assessments, specifically reports documenting damage
to national security or the potential damage to national security, that
resulted from the removal of presidential records from the Trump White House
and the storage of those Presidential Records at Mar-a-Lago.

4. All cross reference files from the CRS that mentions or refers to boxes
of Presidential Records removed from the Trump White House that were stored
at Mar-a-Lago.

5. All 302s, FD-204, FD-192, forms mentioning or referring to the National
Archives and boxes of Presidential Records removed from the Trump White
House that were stored at Mar-a-Lago and classified information.

6. All records, such as emails, letters, memos, text messages reports,
mentioning or referring to Presidential Records from the Trump White House
that were destroyed and Presidential Records from the Trump White House that
were allegedly flushed down the toilet. Please search the same offices

```
listed in part 1 for responsive records.

The FBI should conduct a search for all investigative and non
investigative
records responsive to my request. The search should include an
ECF, TEXT,
CRS and ELSUR search.
```

\*\*

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

\*\*

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.



U.S. Department of Justice

# Exhibit 2

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

March 8, 2022

MR. JASON LEOPOLD
1669 BENEDICT CANYON DRIVE
BEVERLY HILLS, CA 90210

FOIPA Request No.: 1523733-000
Subject: All Records mentioning or referring to Presidential Records removed from the Trump White House and Stored at Mar-a-Lago

Dear Mr. Leopold:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI. Below you will find check boxes and informational paragraphs about your request, as well as specific determinations required by these statutes. Please read each one carefully.

- ☑ Your request has been received at FBI Headquarters for processing.

- ☑ You submitted your request via the FBI's eFOIPA system.

    - ☑ We have reviewed your request and determined it is consistent with the FBI eFOIPA terms of service. Future correspondence about your FOIPA request will be provided in an email link unless the record's file type is not supported by the eFOIPA system.

    - ☐ We have reviewed your request and determined it is not consistent with the FBI eFOIPA terms of service. Future correspondence about your FOIPA request will be sent through standard mail.

- ☐ The subject of your request is currently being processed and documents will be released to you upon completion.

- ☐ Release of responsive records will be posted to the FBI's electronic FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

- ☑ Your request for a public interest fee waiver is under consideration and you will be advised of the decision if fees are applicable. If your fee waiver is not granted, you will be responsible for applicable fees per your designated requester fee category below.

- ☑ For the purpose of assessing any fees, we have determined:

    - ☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

    - ☑ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

    - ☐ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number.   Status updates are adjusted weekly.   The status of newly assigned requests may not be available until the next weekly update.   If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us."   The FOIPA Request number listed above has been assigned to your request.   Please use this number in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.   Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."   Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS).   The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.   Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov.   If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information
   Dissemination Section
Information Management Division

U.S. Department of Justice



Exhibit 3

Federal Bureau of Investigation

*Washington, D.C. 20535*

March 11, 2022

MR. JASON LEOPOLD
1669 BENEDICT CANYON DRIVE
BEVERLY HILLS, CA 90210

FOIPA Request No.: 1523733-000
Subject: All Records mentioning or referring to Presidential Records removed from the Trump White House and Stored at Mar-a-Lago

Dear Mr. Leopold:

This is in response to your Freedom of Information Act (FOIA) request. Below you will find informational paragraphs relevant to your request. Please read each item carefully.

As a federal law enforcement agency, a confirmation by the FBI that it has or does not have responsive records would be tantamount to acknowledging the existence or nonexistence of a pending investigation it has not previously acknowledged. Therefore, the FBI neither confirms nor denies the existence of records pursuant to FOIA Exemption (b)(7)(A) of 5 U.S.C. § 552.

Additionally, FOIA Exemption (b)(7)(E) protects "records or information compiled for law enforcement purposes when disclosure would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law." How the FBI applies its investigative resources against a particular allegation, report of criminal activity, or perceived threat is, itself a law enforcement technique or procedure that the FBI protects pursuant to Exemption (b)(7)(E) of 5 U.S.C. § 552. Accordingly, a confirmation by the FBI that it has or does not have responsive records would be tantamount to acknowledging where the FBI is or is not applying investigative resources thus disclosing the scope of law enforcement techniques and procedures. Therefore, the FBI neither confirms nor denies the existence of records pursuant to FOIA Exemption (b)(7)(E) of 5 U.S.C. § 552.

As a result, your request has been closed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request. **"Part 1"** of the Addendum includes standard responses that apply to all requests. **"Part 2"** includes additional standard responses that apply to all requests for records about yourself or any third party individuals. **"Part 3"** includes general information about FBI records that you may find useful. Also enclosed is our Explanation of Exemptions.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS).   The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.   Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov.   If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information
   Dissemination Section
Information Management Division

Enclosures

**FBI FOIPA Addendum**

As referenced in our letter responding to your Freedom of Information/Privacy Acts (FOIPA) request, the FBI FOIPA Addendum provides information applicable to your request.  Part 1 of the Addendum includes standard responses that apply to all requests.  Part 2 includes standard responses that apply to requests for records about individuals to the extent your request seeks the listed information.  Part 3 includes general information about FBI records, searches, and programs.

**Part 1: The standard responses below apply to all requests:**

(i) **5 U.S.C. § 552(c).**  Congress excluded three categories of law enforcement and national security records from the requirements of the FOIPA [5 U.S.C. § 552(c)].  FBI responses are limited to those records subject to the requirements of the FOIPA.  Additional information about the FBI and the FOIPA can be found on the www.fbi.gov/foia website.

(ii) **Intelligence Records.**  To the extent your request seeks records of intelligence sources, methods, or activities, the FBI can neither confirm nor deny the existence of records pursuant to FOIA exemptions (b)(1), (b)(3), and as applicable to requests for records about individuals, PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(1), (b)(3), and (j)(2)].  The mere acknowledgment of the existence or nonexistence of such records is itself a classified fact protected by FOIA exemption (b)(1) and/or would reveal intelligence sources, methods, or activities protected by exemption (b)(3) [50 USC § 3024(i)(1)].  This is a standard response and should not be read to indicate that any such records do or do not exist.

**Part 2: The standard responses below apply to all requests for records on individuals:**

(i) **Requests for Records about any Individual—Watch Lists.**  The FBI can neither confirm nor deny the existence of any individual's name on a watch list pursuant to FOIA exemption (b)(7)(E) and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(7)(E), (j)(2)].  This is a standard response and should not be read to indicate that watch list records do or do not exist.

(ii) **Requests for Records about any Individual—Witness Security Program Records.**  The FBI can neither confirm nor deny the existence of records which could identify any participant in the Witness Security Program pursuant to FOIA exemption (b)(3) and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(3), 18 U.S.C. 3521, and (j)(2)].  This is a standard response and should not be read to indicate that such records do or do not exist.

(iii) **Requests for Records for Incarcerated Individuals.**  The FBI can neither confirm nor deny the existence of records which could reasonably be expected to endanger the life or physical safety of any incarcerated individual pursuant to FOIA exemptions (b)(7)(E), (b)(7)(F), and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(7)(E), (b)(7)(F), and (j)(2)].  This is a standard response and should not be read to indicate that such records do or do not exist.

**Part 3: General Information:**

(i) **Record Searches.**  The Record/Information Dissemination Section (RIDS) searches for reasonably described records by searching systems or locations where responsive records would reasonably be found.  A standard search normally consists of a search for main files in the Central Records System (CRS), an extensive system of records consisting of applicant, investigative, intelligence, personnel, administrative, and general files compiled by the FBI per its law enforcement, intelligence, and administrative functions.  The CRS spans the entire FBI organization, comprising records of FBI Headquarters, FBI Field Offices, and FBI Legal Attaché Offices (Legats) worldwide; Electronic Surveillance (ELSUR) records are included in the CRS.  Unless specifically requested, a standard search does not include references, administrative records of previous FOIPA requests, or civil litigation files.  For additional information about our record searches, visit www.fbi.gov/services/information-management/foipa/requesting-fbi-records.

(ii) **FBI Records.**  Founded in 1908, the FBI carries out a dual law enforcement and national security mission.  As part of this dual mission, the FBI creates and maintains records on various subjects; however, the FBI does not maintain records on every person, subject, or entity.

(iii) **Requests for Criminal History Records or Rap Sheets.**  The Criminal Justice Information Services (CJIS) Division provides Identity History Summary Checks – often referred to as a criminal history record or rap sheet.  These criminal history records are not the same as material in an investigative "FBI file."  An Identity History Summary Check is a listing of information taken from fingerprint cards and documents submitted to the FBI in connection with arrests, federal employment, naturalization, or military service.  For a fee, individuals can request a copy of their Identity History Summary Check.  Forms and directions can be accessed at www.fbi.gov/about-us/cjis/identity-history-summary-checks.  Additionally, requests can be submitted electronically at www.edo.cjis.gov.  For additional information, please contact CJIS directly at (304) 625-5590.

(iv) **National Name Check Program (NNCP).**  The mission of NNCP is to analyze and report information in response to name check requests received from federal agencies, for the purpose of protecting the United States from foreign and domestic threats to national security.  Please be advised that this is a service provided to other federal agencies.  Private Citizens cannot request a name check.

## EXPLANATION OF EXEMPTIONS

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552**

(b)(1)      (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)      related solely to the internal personnel rules and practices of an agency;

(b)(3)      specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)      trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)      inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)      personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)      records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could reasonably be expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)      contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)      geological and geophysical information and data, including maps, concerning wells.

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a**

(d)(5)      information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)      material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)      information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)      investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)      material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)      required by statute to be maintained and used solely as statistical records;

(k)(5)      investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)      testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)      material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.





**U.S. Department of Justice**
Office of Information Policy
Sixth Floor
441 G Street, NW
Washington, DC 20530-0001

Exhibit 5

Telephone: (202) 514-3642

March 11, 2022

jasonleopold@gmail.com

Dear Jason Leopold:

This is to advise you that the Office of Information Policy (OIP) of the U.S. Department of Justice received your administrative appeal from the action of the FBI regarding Request No. 1523733-000 on 03/11/2022.

In an attempt to afford each appellant equal and impartial treatment, OIP has adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number A-2022-00932 . Please refer to this number in any future communication with OIP regarding this matter. Please note that if you provided an email address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at (202) 514-3642. If you have submitted your appeal through FOIA STAR, you may also check the status of your appeal by logging into your account.

Sincerely,

*Priscilla Jones*

Priscilla Jones
Supervisory Administrative Specialist