UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD,

            Plaintiff,

  v.

FEDERAL BUREAU OF INVESTIGATION et al.,

            Defendants.

Civil Action No. 22-cv-1921-BAH

**JOINT STATUS REPORT**

*Parties' Statement:*

On February 10, the Court denied Defendants' motion for summary judgment (ECF No. 31), granted Plaintiff's cross-motion for summary judgment (ECF No. 34) as to (1) Defendants' *Glomar* response under Exemption 7(A) (with respect to the sixth category of Plaintiff's FOIA request) and (2) Defendants' withholding in full of the Mar-a-Lago investigative file under Exemption 7(A), and ordered the parties to submit a joint status report by February 20 "proposing a schedule to govern future proceedings to conclude this case expeditiously." Feb. 10, 2025 Order at 1-2, ECF No. 43; *see also* Mem. Op., ECF No. 44.

On February 11, counsel for Plaintiff emailed counsel for Defendants to initiate discussions regarding this joint status report. Counsel for the parties conferred by telephone on Monday, February 17. During that call, counsel for Defendants notified counsel for Plaintiff that Defendants are considering their appeal options with respect to the Court's decision on their *Glomar* response. *See Leopold v. CIA*, 987 F.3d 163, 169 (D.C. Cir. 2021). Counsel for the parties also discussed the time processing the investigative file would require, other FOIA requests implicating the same

or similar records, potential narrowing of Plaintiff's request, and Plaintiff's requested prioritization of any processing of the investigative file. Later that day, counsel for Plaintiff sent, by email, an offer to narrow Plaintiff's request contingent upon Defendants' agreement to process the investigative file materials in a particular order, as well as Plaintiff's general preferences regarding the order of processing. Defendants are considering Plaintiff's offer and requests, and are also evaluating approaches to processing the investigative file.

*Defendants' Statement:*

As noted above, Defendants are considering their appeal options with respect to the Court's decision on their *Glomar* response to the sixth category of Plaintiff's request. In addition, Defendants are evaluating approaches to processing the investigative file for this case and other cases.

In light of the above, Defendants respectfully request that the parties be permitted to file another joint status report on or before March 6. By that point, Defendants anticipate that they will be able to provide additional information regarding the processing of the investigative file.

*Plaintiff's Statement:*

Given the importance of the public's timely access to the records at issue in this case, and the fact that they have already been collected and reviewed for Exemption 7(A), Plaintiff respectfully requests that Defendants be ordered to immediately begin processing the records at a rate of at least 500 pages per month, starting with Part 5 of Plaintiff's request, unless and until the parties propose differently or the Court orders otherwise, and to make a first production within 30 days. *See Martinez v. DOJ*, No. 16-cv-1506, 2023 WL 9781681, at *1 (D.D.C. Sept. 27, 2023) (finding 500 pages per month to be a "reasonable" processing rate and collecting cases standing for same proposition). In addition, Defendants should be ordered to conduct a search for records

responsive to Part 6 so that, immediately after the deadline for any appeal has passed, they can disclose whether responsive records exist and, if such records do exist, incorporate them into their ongoing productions. Plaintiff is also amenable to filing a joint status report on or before March 6.[1]

---

[1] Plaintiff's offer to narrow the request contingent on certain prioritizing remains open.

Dated: February 20, 2025

Respectfully submitted,

*/s/ Stephen Stich Match*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

BRETT A. SHUMATE
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Simon Gregory Jerome*
SIMON G. JEROME
D.C. Bar # 1779245
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Rm. 12306
Washington, D.C. 20005
(202) 514-2705
simon.g.jerome@usdoj.gov

*Counsel for Defendants*