UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD,

        *Plaintiff*,

  v.

FEDERAL BUREAU OF INVESTIGATION et al.,

        *Defendants*.

Civil Action No. 22-cv-1921-BAH

**JOINT STATUS REPORT**

On February 10, 2025, the Court denied Defendants' motion for summary judgment, ECF No. 31, and granted Plaintiff's cross-motion for summary judgment, ECF No. 34, as to (1) Defendants' *Glomar* response under Exemption 7(A) (with respect to the sixth category of Plaintiff's FOIA request) and (2) Defendants' withholding in full of the Mar-a-Lago investigative file under Exemption 7(A). Order, ECF No. 43. In response to the parties' first subsequent joint status report, ECF No. 45, the Court ordered Defendants to "begin promptly processing records from the 'Mar-a-Lago investigative file' responsive to Parts 1 through 5 of plaintiff's request." Following the parties' second subsequent joint status report, ECF No. 46, the Court directed the parties to file a further joint status report and ordered Defendants to process documents at a rate of no fewer than 500 pages per month. Mar. 11, 2025 Minute Order. In response to the parties' April 16 joint status report, ECF No. 47, the Court ordered the parties to file a further joint status report by May 23, 2025, advising the court of the status of this case. April 17, 2025 Minute Order. The parties now respectfully submit this report in compliance with the Court's Order, and request that they be permitted to file a further joint status report on or before June 23, 2025.

As indicated in the parties' April 16, 2025 joint status report, Defendants have commenced processing the investigative file records responsive to Parts 1-5 of Plaintiff's request. On April 15, Defendants provided their first interim response to Plaintiff. *See* April 16, 2025 JSR at 2, 5. Defendants now report that on May 15, 2025, the FBI provided its second interim response to Plaintiff. The May 2025 interim response indicated that the FBI had processed an additional 500 pages, all of which were sent to other entities for consultation. Defendants report that in many instances, the same pages were sent to multiple different entities for review. The FBI has requested that each entity to which pages have been referred for consultation complete their review within 30 days.

The FBI has also continued its search for records responsive to Part 6 of Plaintiff's request, and still anticipates completing its search and scoping to identify responsive records for Part 6 on or before June 13, 2025. Once the search for records responsive to Part 6 of Plaintiff's request concludes and processing of Part 5 is complete, the FBI will begin processing responsive records for Part 6 (to the extent such records are located by the FBI's ongoing search).

The FBI anticipates being able to continue providing rolling responses to Plaintiff's request on an approximately monthly basis as processing is completed at a rate of no fewer than 500 pages per month in accordance with this Court's Order. The FBI anticipates being able to provide its next response to Plaintiff by June 16, 2025. Accordingly, the parties respectfully request that they be permitted to file another joint status report by Monday, June 23, 2025, updating the Court on the status of this case.

Dated: May 23, 2025

Respectfully submitted,

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*


YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Andrew Rising*
ANDREW J. RISING
Trial Attorney (D.C. Bar #1780432)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
(202) 514-0265
andrew.j.rising@usdoj.gov

*Counsel for Defendants*