UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>      *Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION et al.,<br><br>      *Defendants*. | Civil Action No. 22-cv-1921-BAH |

**JOINT STATUS REPORT**

The parties in this Freedom of Information Act ("FOIA") case respectfully submit this joint status report in accordance with this Court's Minute Order of May 23, 2025, and request that they be permitted to file a further joint status report within 60 days, on or before August 22, 2025.

As indicated in the parties' May 23, 2025 joint status report and pursuant to the Court's Minute Order of March 11, 2025, Defendants have continued processing the investigative file records responsive to Parts 1-5 of Plaintiff's FOIA request. On June 13, 2025, Defendants provided their third interim response to Plaintiff. The June 2025 interim response indicated that the FBI had processed an additional 553 pages, all of which were sent to other entities for consultation. The FBI has requested that each entity to which pages have been referred for consultation complete their review within 30 days.

The FBI has also now completed its search for records responsive to Part 6 of Plaintiff's request, which resulted in the location of responsive records. As stated in the parties' prior joint status report, the FBI will begin processing records responsive to Part 6 of Plaintiff's request when processing for Part 5 is complete.

The FBI anticipates being able to continue providing rolling responses to Plaintiff's request on an approximately monthly basis as processing is completed at a rate of no fewer than 500 pages per month in accordance with this Court's Order. The FBI expects to provide its next monthly response to Plaintiff by July 15, 2025. Accordingly, the parties respectfully request that they be permitted to file another joint status report within 60 days, on or before Friday, August 22 , 2025, updating the Court on the status of this case.

Dated: June 23, 2025                                         Respectfully submitted,

/s/ Merrick Wayne
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*


BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Andrew J. Rising
ANDREW J. RISING
Trial Attorney (D.C. Bar #1780432)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
(202) 514-0265
andrew.j.rising@usdoj.gov

*Counsel for Defendants*