UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD,

        *Plaintiff*,

v.

FEDERAL BUREAU OF INVESTIGATION et al.,

        *Defendants*.

Civil Action No. 22-cv-1921-BAH

**JOINT STATUS REPORT**

The parties in this Freedom of Information Act ("FOIA") case respectfully submit this joint status report in accordance with this Court's Minute Order of June 25, 2025, and request that they be permitted to file a further joint status report within 60 days, on or before October 21, 2025.

As indicated in the parties' prior joint status report and pursuant to the Court's Minute Order of March 11, 2025, Defendants have continued processing the investigative file records responsive to Parts 1-5 of Plaintiff's FOIA request. On July 15 and August 15, 2025, Defendants provided their fourth and fifth interim responses to Plaintiff. The July and August interim responses each indicated that the FBI had processed an additional 500 pages, all of which were sent to other government entities for necessary consultation. The FBI has requested that each entity to which pages have been referred for consultation complete their review within 30 days. Since the Court's March 11, 2025, Order, Defendants have processed over 2,500 pages of records. Plaintiff reports that since the Court's February 10, 2025 order granting Plaintiff's Cross-Motion for Summary Judgment, Defendants have produced zero pages.

In its prior interim responses to Plaintiff, the FBI previously indicated that processed records had been sent to other government entities for consultation. *See* 28 C.F.R. § 16.4(d) (requiring agencies to proceed via consultation, referral, or coordination when "another component or another agency of the Federal Government is better able to determine whether the record is exempt from disclosure under the FOIA."). Defendants provide the following update on the status of records previously sent to other government entities for consultation. The FBI reports that to avoid the potential risk of counting the same pages more than once or missing pages, the FBI is tracking the status of consult packages rather than specific pages. The FBI reports that to date, the FBI has sent thirty-two consult request packages to other government entities and has received back twelve thus far. The FBI reports that in many instances, the nature of the records at issue has required that the same pages be sent to multiple different agencies for review. The FBI reports that as a result, the FBI has received responses from some agencies, but not others, regarding the same pages. As a result, the FBI reports that it is still working to complete its processing of the consulted pages and make a final release of responsive, non-exempt records to Plaintiff. The FBI reports that it has been diligently following up with each consulting agency and has requested that their reviews be expedited. The FBI reports that each agency faces its own competing workload and challenges that the FBI is not privy to. The FBI reports that, nevertheless, the FBI is diligently working to process records responsive to Plaintiff's request.

As stated in the parties' June 2025 Joint Status Report, the FBI has also completed its search for records responsive to Part 6 of Plaintiff's request, which resulted in the location of responsive records. The FBI reports that there are approximately 117 pages of records solely

responsive to Part 6.[1] As detailed in the parties' prior joint status reports, the FBI previously agreed that processing of Part 6 records will follow completion of Part 5 processing, as there exist records that are being processed in Part 5 that are also responsive to Part 6. *See* April 16, 2025 JSR at 3, ECF No. 47; May 23, 2025 JSR at 2, ECF No. 49; June 23, 2025 JSR at 1, ECF No. 50. Plaintiff reports that given every single page responsive to Part 5 has been sent out on consultation delaying the completion of Part 5 and that the page count for Part 6 is small enough to be completed in one month, Plaintiff has requested that the FBI prioritize Part 6 over the remainder of Part 5 and begin processing Part 6 now. The parties are currently conferring regarding Plaintiffs' new request to prioritize the processing of records solely responsive to Part 6 going forward.

The FBI anticipates being able to continue providing rolling responses to Plaintiff's request on an approximately monthly basis as processing is completed at a rate of no fewer than 500 pages per month in accordance with this Court's Order. The FBI expects to provide its next monthly response to Plaintiff by September 15, 2025. Accordingly, the parties respectfully request that they be permitted to file another joint status report within 60 days, on or before Tuesday, October 21, 2025, updating the Court on the status of this case.

Dated: August 22, 2025                                     Respectfully submitted,

                                                           */s/ Merrick Wayne*
                                                           Matthew Topic, D.C. Bar No. IL0037
                                                           Merrick Wayne, D.C. Bar No. IL0058
                                                           Stephen Stich Match, D.C. Bar No. MA0044
                                                           LOEVY & LOEVY
                                                           311 North Aberdeen, 3rd Floor
                                                           Chicago, IL 60607
                                                           312-243-5900
                                                           foia@loevy.com

---

[1] Defendants note that this page count is approximate as a final responsiveness review of Part 6 records has not been completed yet as processing for Part 5 currently remains ongoing.

- 4 -

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Andrew Rising*
ANDREW J. RISING
Trial Attorney (D.C. Bar #1780432)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
(202) 514-0265
andrew.j.rising@usdoj.gov

*Counsel for Defendants*