# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD,

                    *Plaintiff,*

    v.

FEDERAL BUREAU OF INVESTIGATION
et al.,

                    *Defendants.*

Civil Action No. 22-cv-1921-BAH

## <u>JOINT STATUS REPORT</u>

The parties in this Freedom of Information Act ("FOIA") case respectfully submit this joint status report in accordance with this Court's Minute Order of August 25, 2025 and Standing Order No. 25-55 (JEB), and request that they be permitted to file a further joint status report on or before February 20, 2026.

As indicated in the parties' prior joint status report and pursuant to the Court's Minute Order of March 11, 2025, Defendants have continued processing the investigative file records responsive to Plaintiff's FOIA request. On September 15, 2025, Defendants provided their sixth interim response to Plaintiff. Due to the lapse in appropriations to the Department of Justice that began on September 30, 2025 and ended on November 13, 2025, Defendants provided their seventh interim response to Plaintiff on December 8, 2025. To date, Defendants have processed approximately 3,553 pages of records.

As stated in the parties' June 2025 Joint Status Report, the FBI has also completed its search for records responsive to Part 6 of Plaintiff's request, which resulted in the location of responsive records. *See* ECF No. 50 at 1. As reported in the parties' August 2025 Joint Status

Report, Plaintiff later requested that the FBI prioritize records responsive to Part 6 alone and begin processing Part 6 records as soon as possible. *See* ECF No. 51 at 3.  In response to Plaintiff's request, the FBI is currently processing records responsive to Part 6 alone, and expects that its next interim response to Plaintiff will encompass all such records.

The FBI anticipates being able to continue providing rolling responses to Plaintiff's request on an approximately monthly basis as processing is completed at a rate of no fewer than 500 pages per month in accordance with this Court's Order.  The FBI expects to provide its next response to Plaintiff by January 15, 2026. Accordingly, the parties respectfully request that they be permitted to file another joint status report on or before Friday, February 20, 2026, updating the Court on the status of this case.

Dated: December 15, 2025

Respectfully submitted,

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Andrew Rising*
ANDREW RISING
Trial Attorney (D.C. Bar #1780432)

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
(202) 514-0265
andrew.j.rising@usdoj.gov

*Counsel for Defendants*