**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JASON LEOPOLD,

              *Plaintiff*,

    v.

FEDERAL BUREAU OF INVESTIGATION
et al.,

              *Defendants*.

Civil Action No. 22-cv-1921-BAH

## JOINT STATUS REPORT

The parties in this Freedom of Information Act ("FOIA") case respectfully submit this joint status report in accordance with this Court's Minute Order of February 24, 2026, and request that they be permitted to file a further joint status report on or before June 22, 2026.  On April 17, 2026, the parties appeared for an in-person status conference.

As indicated in the parties' prior joint status report and pursuant to the Court's Minute Order of March 11, 2025, Defendants have continued processing the investigative file records responsive to Plaintiff's FOIA request at a rate of at least 500 pages per month.  On April 15, 2026, Defendants provided their eleventh interim response to Plaintiff, which Plaintiff is reviewing.  In this response, 112 pages were released to Plaintiff.  To date, Defendants have processed approximately 5,604 pages of records.

FBI has approximately 453 pages left to process and anticipates processing those documents in May to provide its next response to Plaintiff by May 15, 2026.[1]  Approximately 4,500 pages are with over ten agencies other than FBI for consultation.

As reported at the April 17, 2026, status conference, Plaintiff reviewed the January-March 2026, productions and identified specific redactions on specific pages that it seeks for FBI to address in a draft *Vaughn* index,[2] in addition to the alleged foreseeable harm in disclosure, and Plaintiff anticipates challenging the adequacy of FBI's search for part 6 and requests FBI provide a draft search declaration.  FBI previously reported that it completed production for part 6 on January 15, 2026.  ECF No. 54.  Plaintiff reports that his position is that FBI should not delay preparing a draft search declaration for part 6 and that the Court can order FBI to provide one at this time.

Plaintiff reports that his position is that he is in favor of the plan for concluding the case this year that the Court suggested at the April 17, 2026, status conference: any entities with pending consultations file a declaration in July 2026 explaining the delay in processing the consultations,[3] that FBI completes its production of all non-exempt records in August 2026, and that, if necessary,

---

[1] The term "1A" refers to an envelope used to organize and store documents that need to be stored separately from the FBI file to which they are attached, usually due to their size.  1As typically contain handwritten notes of interviews, photographs, diagrams, notes, CDs, DVDs, and other various non-evidentiary documents.

[2] By minute order dated April 6, 2026, the Court ordered Plaintiff to address "a detailed summary from plaintiff, based on a thorough review of all records produced to date, of the preliminary issues identified with any of defendant's redactions or withholdings to date" at the status conference, which Plaintiff did.  Plaintiff does not seek an order for a partial index that only addresses the January-March 2026 productions, and he will accept a single index after FBI makes its final production.

[3] If a consulting entity completes processing and returns all its consultation materials by the declaration deadline, then the consulting entity will not need to file a declaration.

the parties fully brief cross-motions for summary judgment in the fall so the case can conclude by the end of this year.  Plaintiff respectfully requests that the Court include deadlines for consultation declarations and FBI's release of non-exempt records in its order.

Defendants oppose providing a draft *Vaughn* index now, as production of a draft index while productions are still ongoing is premature, would distract Defendant resources from ongoing processing and productions, and would create inefficiencies through piecemeal litigation of this case.  Defendants request that no draft *Vaughn* index be ordered until productions are complete. Defendants also oppose Plaintiff's request for a court order for declarations from consulting agencies, which are not parties to this litigation.  Identities of consulting agencies may be withheld, such as, for example, "where disclosure of the identity of the [consulting] component or agency" if such disclosure "could harm an interest protected by an applicable exemption, such as the exemptions that protect personal privacy or national security interests."  28 C.F.R. § 16.4(d)(3). In light of the change of circumstances noted in this Court's opinion on summary judgment, necessitating the FBI conduct an additional search and processing of documents starting in February 2025, Defendants ask for additional time beyond August 2026 to complete productions.

In light of the anticipated May 15 response date, the parties respectfully request that they be permitted to file another joint status report on or before Monday, June 22, 2026, updating the Court on the status of this case.

Dated: April 20, 2026                     Respectfully submitted,

                                          /s/ Merrick Wayne
                                          Matthew Topic, D.C. Bar No. IL0037
                                          Merrick Wayne, D.C. Bar No. IL0058
                                          Stephen Stich Match, D.C. Bar No. MA0044
                                          LOEVY & LOEVY
                                          311 North Aberdeen, 3rd Floor
                                          Chicago, IL 60607
                                          312-243-5900
                                          foia@loevy.com

                                          *Counsel for Plaintiff*


                                          BRETT A. SHUMATE
                                          Assistant Attorney General

                                          ELIZABETH J. SHAPIRO
                                          Deputy Branch Director

                                          /s/ Brittany S. Bruns
                                          BRITTANY S. BRUNS
                                          Trial Attorney (D.C. Bar # 1658394)
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          1100 L Street NW
                                          Washington, D.C. 20530
                                          (202) 531-1325
                                          brittany.s.bruns@usdoj.gov

                                          *Counsel for Defendants*