**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JASON LEOPOLD,

     *Plaintiff*,

  v.

FEDERAL BUREAU OF INVESTIGATION
et al.,

     *Defendants*.

Civil Action No. 22-cv-1921-BAH

## <u>NOTICE TO THE COURT</u>

Pursuant to this Court's Order of April 21, 2026, Defendants Federal Bureau of Investigation and U.S. Department of Justice hereby attach the following declarations from the agencies with pending consultations:

- Exhibit A is the Declaration of Rebecca M. Flowers, Acting Chief, Information Management Office, of the Office of the Director of National Intelligence;

- Exhibit B is the Declaration of Ryan Law, Deputy Assistant Secretary for the Office of Privacy, Transparency, and Records at the United States Department of the Treasury.

- Exhibit C is the Declaration of David O'Dowd, Supervisory Attorney Advisor in the Freedom of Information Act ("FOIA") Unit in the National Security Division ("NSD") of the United States Department of Justice.

- Exhibit D is the Declaration of Joseph Scanlon, Freedom of Information Act ("FOIA") and Privacy Act Officer in the Office of General Counsel, National Archives and Records Administration.

- Exhibit E is the Declaration of Alvin L. Watson, an information security specialist at the National Geospatial-Intelligence Agency ("NGA") and Division Chief responsible for supervising the NGA FOIA Program Office.

- Exhibit F is the Declaration of Darren Hall, Program Manager for FOIA Operations and Analytics at the Department of the Interior's Departmental FOIA Office.

By separate transmission, undersigned counsel caused classified material in response to the Court's Order to be lodged for secure storage with the United States Department of Justice Litigation Security Group. The extension requested by undersigned counsel in ECF No.57 is no longer needed and therefore Defendants withdraw their motion.

Dated: July 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Brittany S. Bruns*
BRITTANY S. BRUNS (D.C. Bar 1658394)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L ST. N.W.
Washington, DC 20005
Tel:  (202) 531-1325
brittany.s.bruns@usdoj.gov

*Counsel for Defendants*