**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| JASON LEOPOLD, |
| *Plaintiff,* |
| v. |
| FEDERAL BUREAU OF INVESTIGATION et al., |
| *Defendants.* |

Civil Action No. 22-cv-1921-BAH

**NOTICE TO THE COURT**

Defendants, through undersigned counsel, hereby notify the Court that, after Joseph Scanlon of the National Archives and Records Administration executed his declaration, ECF No. 59-4, the FBI sent NARA an additional consultation consisting of 98 pages that NARA received this morning and therefore has not begun processing.

Dated: July 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Brittany S. Bruns*
BRITTANY S. BRUNS (D.C. Bar 1658394)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L ST. N.W.
Washington, DC 20005
Tel:  (202) 531-1325
brittany.s.bruns@usdoj.gov

*Counsel for Defendants*